**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **PABLO G. COSTE** | ) | **CHAPTER 13** |
| | ) | **CASE NO. 17-12167-MSH** |
| **DEBTOR** | ) | |
| | ) | |

## SECOND MOTION TO APPROVE FIRST AMENDED CHAPTER 13 PLAN

The debtor, Pablo G. Coste, ("Debtor"), respectfully moves this Honorable Court to approve his First Amended Chapter 13 Plan. The Debtor has amended his chapter 13 plan to provide for the proofs of claims as filed, to make clear that any non-exempt funds the Debtor may receive from a claim against his former business associates will be paid to his creditors through the plan, and to indicate that the Debtor will be seeking determination of the secured status of the IRS's lien on his real property through motion.

Wherefore, the Debtor moves this honorable Court to approve his First Amended Chapter 13 Plan and for such further relief as is deemed just.

Respectfully submitted,
**Pablo G. Coste**
by his attorney,

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Herrick LLP
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonherrick.com

Dated: September 22, 2018

1