**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:                                ) | |
|                                              ) | |
| PABLO G. COSTE              ) | Chapter 13 |
|                                              ) | Case No.  17-12167-MSH |
|            DEBTOR           ) | |
|                                              ) | |

## MOTION TO DETERMINE SECURED STATUS AND MODIFIABILITY OF CLAIM PURSUANT TO 11 U.S.C. § 506

The debtor, Pablo Coste ("Debtor"), respectfully moves the Court to determine the amount of the secured portion of the IRS's claim in his case. The Debtor seeks a determination that the IRS's tax lien is wholly unsecured as to the Debtor's real property pursuant to 11 U.S.C. §§ 506 and 1322(b)(2) and Fed. R. Bankr. P. 3012(c).  In further support of this motion, the Debtor offers the following:

1. The Debtor owns the real property at 35 Spiers Road, Newton, MA ("Real Property") with his non-debtor spouse as tenants by the entirety.  See deed attached as Exhibit A.

2. At the time of the case filing, the fair market value of the Property was no greater than $650,000.00.  See broker's comparative market analysis attached as Exhibit B.

3. At the time of the case filing, there were three liens encumbering the Property.

    a. A first mortgage currently believed to be held by Prof-2013-S3 Legal Title Trust, by U.S. Bank, N.A., as Legal Title Trustee ("U.S. Bank"), serviced by FCI Lender Services, Inc. ("FCI"), and originally granted to Taylor, Bean, and Whitaker Mortgage Corp., recorded in the Middlesex South Registry of Deeds on June 3, 2008 at Book 51216, Page 1. The approximate balance due on the mortgage at the time of the case filing was $702,170.58. *See* U.S. Bank's allowed proof of claim (attachments excluded) attached as Exhibit C.

    b.  A real estate tax and water and sewer lien in favor of the City of Newton in the amount of $8,174.30.  *See* City of Newton's allowed proof of claim (attachments excluded) attached as Exhibit D.

    c.  A tax lien in favor of the Internal Revenue Service in the amount of $34,414.23, recorded at the Middlesex South Registry of Deeds on April 20, 2017 at Book 69164, Page 449.  *See* IRS's allowed proof of claim attached as Exhibit E.

4. The value of US Bank's mortgage on its own exceeds the value of the Real Property by more than $50,000.00.  Thus, there is no equity in the Real Property for the IRS lien to attach to. As a result, the IRS does not have a secured claim in this case pursuant to section 506(a) with regard to the Real Property.

5. Because the IRS does not have an allowed secured claim with respect to the Property, its lien on the Property should be valued at zero dollars ($0.00) and deemed unenforceable pursuant to sections 506(a) and 1322(b)(2) for the purposes of this chapter 13 case.

WHEREFORE, the Debtor asks that the Court find that:

    a.  The IRS does not have a secured claim in this case with respect to the Property;

    b.  Upon the Debtor's completion of his chapter 13 plan payments, the IRS lien will be void and unenforceable for all purposes as to the Debtor;

    c.  And for such further relief as is deemed just.

    Respectfully submitted,
    **Pablo G. Coste**
    By his attorney,

    /s/ Kate E. Nicholson
    Kate E. Nicholson (BBO# 674842)
    Nicholson Herrick LLP
    21 Bishop Allen Dr.
    Cambridge, MA 02139
    (857) 600-0508

Dated: September 22, 2018    knicholson@nicholsonherrick.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PABLO G. COSTE ) | Chapter 13 |
| ) | Case No. 17-12167-MSH |
| DEBTOR ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Kate E. Nicholson, certify that I have sent a copy of this **Motion to Determine Secured Status and Modifiability of Claim Pursuant to 11 U.S.C. § 506** via first-class mail, postage prepaid, to the parties on the attached list who do not receive electronic notice via ECF.

 

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508

Dated: September 22, 2018    knicholson@nicholsonherrick.com

The following is the list of **parties and attorneys** who are currently on the list to receive email notice/service for this case.

- **Carolyn Bankowski-13-12**   13trustee@ch13boston.com
- **Roman Brusovankin**   rbrusovankin@nicholsonherrick.com, knicholson@nicholsonherrick.com,knicholson@ecf.courtdrive.com;ekropelin@nicholsonherrick.com
- **Joseph Dolben**   jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Richard T. Mulligan**   mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- **Kate E. Nicholson**   knicholson@nicholsonherrick.com, knicholson@ecf.courtdrive.com;ekropelin@nicholsonherrick.com

**Manual Notice List**

City of Newton Treasury
Attn: Linda
1000 Commonwealth Ave.
Newton, MA 02459